1  Kelly M. Dermody (Cal. Bar No. 171716)
   Jahan C. Sagafi (Cal. Bar No. 224887)
2  LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
5  E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com
6
   Richard C. Haber (Ohio Bar No. 0046788)
7  Laura L. Volpini (Ohio Bar No. 0075505)
   HABER POLK LLP
8  Eaton Center, Suite 620
   1111 Superior Avenue
9  Cleveland, Ohio 44114
   Telephone:  (216) 241-0700
10 Facsimile:   (216) 241-0739
   E-Mail: rhaber@haberpolk.com
11 E-Mail: lvolpini@haberpolk.com

12 *Attorneys for Plaintiffs and the proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>Defendant. | Case No. 08-2670 JCS<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13**<br><br>The Honorable Joseph C. Spero |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to Local Rule 3-13, Plaintiffs Martin Lewis and Aaron Cooper provide notice that the instant action ("*Lewis*") involves (a) all or a material part of the same subject matter and (b) all or substantially all of the same parties as *Russell v. Wells Fargo & Co.*, Case No. 07-3993 CW (N.D. Cal.) ("*Russell*").

In addition to this Notice, Plaintiffs are simultaneously filing an Administrative Motion To Consider Whether Cases Should Be Related (and a supporting Declaration and Proposed Order) in the *Russell* Case, pursuant to Local Rule 3-12. Chambers copies of that Administrative Motion and supporting documents as well as this Notice are being provided to the Courts in both *Lewis* and *Russell*.

## I. ARGUMENT

First, both *Russell* and *Lewis* involve allegations by classes of technical support workers employed by Wells Fargo & Company ("Wells Fargo") that Wells Fargo misclassified those classes of employees as exempt from the overtime pay requirements of the Fair Labor Standards Act, and that those classes of employees worked overtime hours for which they were not compensated. Wells Fargo's policies and procedures regarding exemption classification decisions, the organization of its Information Technology department (called Technology Infrastructure Group, or "TIG"), the nature of the work performed by TIG employees, and the overtime hours worked by TIG employees are among the issues central to the subject matter of both *Russell* and *Lewis*.

Second, both cases involve identical defendants (Wells Fargo).

Third, the two cases involve potentially overlapping plaintiff class populations, because some individuals may fit within the class definitions of both cases. Specifically, the *Russell* class is defined in relevant part as Wells Fargo employees nationwide who worked in the

Technology Information Group "with the primary job duties of providing computer support, including persons with the job title 'PC/LAN Engineers,'" and the *Lewis* class is defined in relevant part as Wells Fargo employees nationwide who work or worked as "technical support workers with the primary duties of installing, maintaining, and/or supporting computer software and/or hardware, including but not limited to Network Engineers, but excluding PC/LAN Engineers." Plaintiffs believe that the classes include at least several hundred class members each. Although the class definitions are non-overlapping, individuals who satisfy both class definitions (i.e., they worked in both a PC/LAN Engineer position and a non-PC/LAN Engineer technical support position during the appropriate class periods) would be class members in both cases.

## II.     CONCLUSION

In sum, the parties, their counsel, and the Court would benefit from assignment of *Lewis* to Judge Wilken, who presides over *Russell*, and coordination of the two cases. This will allow the parties to conduct discovery expeditiously and efficiently, enable the Court to decide similar issues that arise in both cases with consistency and efficiency, and facilitate the communication of case status updates to class members.

For the reasons set forth above, Plaintiffs respectfully request that the instant action be assigned to Judge Claudia Wilken and coordinated with *Russell*.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 3 | Dated: May 29, 2008    By:   */s/ Jahan C. Sagafi*<br>                               Jahan C. Sagafi |

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (Ohio Bar No. 0046788)
Laura L. Volpini (Ohio Bar No. 0075505)
HABER POLK LLP
Eaton Center, Suite 620
1111 Superior Avenue
Cleveland, Ohio 44114
Telephone: (216) 241-0700
Facsimile: (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiffs and the proposed Class*