Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (Ohio Bar No. 0046788)
Laura L. Volpini (Ohio Bar No. 0075505)
HABER POLK LLP
Eaton Center, Suite 620
1111 Superior Avenue
Cleveland, Ohio 44114
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiff and the proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & CO.,<br><br>  Defendant. | Case No.  08-2670 JCS<br><br>**NOTICE OF FILING<br>OF CONSENT TO JOIN FORMS** |

The Consent to Join forms of the following individuals are attached hereto as Exhibit A. These individuals choose to participate in this Fair Labor Standards Act collective action and to be represented by the attorneys for Plaintiffs in this action.

1. Martin Lewis
2. Aaron Cooper

Respectfully submitted,

Dated: June 4, 2008      By:  */s/ Jahan C. Sagafi*
                                    Jahan C. Sagafi

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (Ohio Bar No. 0046788)
Laura L. Volpini (Ohio Bar No. 0075505)
HABER POLK LLP
Eaton Center, Suite 620
1111 Superior Avenue
Cleveland, Ohio 44114
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiff and the proposed Class*

EXHIBIT A

## CONSENT TO JOIN FORM

### Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for Wells Fargo & Co. at some point between May 28, 2005 and the present as a technical support worker with the primary duties of installing, maintaining, and/or supporting computer software and/or hardware.

I choose to participate in the FLSA collective action titled *Lewis v. Wells Fargo & Co.*, pending in United States District Court for the Northern District of California, to recover unpaid overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state and federal law.

I choose to be represented in this matter by the named plaintiffs and counsel (Lieff, Cabraser, Heimann & Bernstein, LLP, and Haber Polk LLP) in this action.

Print Name: Martin Ted Lewis

Signature: [signature]

Date Signed: 6/2/08

761991.1

## CONSENT TO JOIN FORM

### Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for Wells Fargo & Co. at some point between May 28, 2005 and the present as a technical support worker with the primary duties of installing, maintaining, and/or supporting computer software and/or hardware.

I choose to participate in the FLSA collective action titled *Lewis v. Wells Fargo & Co.*, pending in United States District Court for the Northern District of California, to recover unpaid overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state and federal law.

I choose to be represented in this matter by the named plaintiffs and counsel (Lieff, Cabraser, Heimann & Bernstein, LLP, and Haber Polk LLP) in this action.

Print Name: _Aaron Cooper_

Signature: _[signature]_

Date Signed: _6/3/08_

761991.1