| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | Kelly M. Dermody (Cal. Bar No. 171716)<br>Jahan C. Sagafi (Cal. Bar No. 224887)<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>E-Mail: kdermody@lchb.com<br>E-Mail: jsagafi@lchb.com<br><br>Richard C. Haber (Ohio Bar No. 0046788)<br>Laura L. Volpini (Ohio Bar No. 0075505)<br>HABER POLK LLP<br>Eaton Center, Suite 620<br>1111 Superior Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 241-0700<br>Facsimile: (216) 241-0739<br>E-Mail: rhaber@haberpolk.com<br>E-Mail: lvolpini@haberpolk.com<br><br>*Attorneys for Plaintiffs and the proposed Class* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>WELLS FARGO & CO.,<br><br>            Defendant. | Case No. 08-2670 CW<br><br>**PROOF OF SERVICE BY ELECTRONIC FILING** |

I, Lee Schuring, declare as follows:

I am employed in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, whose address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339. I am readily familiar with the business practices of this office. At the time of transmission I was at least eighteen years of age and not a party to this action.

769509.1        - 1 -        PROOF OF SERVICE BY ELECTRONIC FILING
CASE NO. 08-2670 CW

1 | On June 25, 2008, by electronic transmission via United States District Court Northern District of California Electronic Case Filing, I caused to be served copies of the within document(s):

**1.     NOTICE OF ENTRY OF ORDER RE CASE MANAGEMENT CONFERENCE**; and this

**2.     PROOF OF SERVICE BY ELECTRONIC FILING**

Service is on all interested parties registered for e-filing in the within action.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on June 25, 2008.

　　　　　　　　　　　　　　　　　　/s/ *Lee Schuring*
　　　　　　　　　　　　　　　　　　Lee Schuring

769509.1         - 2 -         PROOF OF SERVICE BY ELECTRONIC FILING
                               CASE NO. 08-2670 CW