1  Timothy M. Freudenberger, State Bar No. 138257
   Alison L. Tsao, State Bar No. 198250
2  Kent J. Sprinkle, State Bar No. 226971
   CARLTON DiSANTE & FREUDENBERGER LLP
3  601 Montgomery Street
   Suite 350
4  San Francisco, California 94111
   Telephone:  (415) 981-3233
5  Facsimile:  (415) 981-3246
   E-Mail:  tfreud@cdflaborlaw.com
6           atsao@cdflaborlaw.com
            ksprinkle@cdflaborlaw.com
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 MARTIN LEWIS and AARON COOPER, on  )  Case No. CV-08-2670-CW
   behalf of themselves and a class of those )
13 similarly situated,                 )  Judge: Hon. Claudia Wilken
                                       )
14         Plaintiffs,                 )  **DEMAND FOR JURY TRIAL**
       vs.                             )
15                                     )  Action Filed:  May 28, 2008
   WELLS FARGO & CO.,                  )  Trial Date:    None Set
16                                     )
           Defendant.                  )
17 _____)

CARLTON DiSANTE &
FREUDENBERGER LLP
301055.1

Case No.  CV-08-2670-CW
DEMAND FOR JURY TRIAL

1 |       Defendant WELLS FARGO BANK, N.A., erroneously sued herein as Wells Fargo & Co.,
2 | hereby demands a jury trial as to all issues so triable.
3 | Dated: July 3, 2008          CARLTON DiSANTE & FREUDENBERGER LLP
                                           Timothy M. Freudenberger
4 |                                           Alison L. Tsao
                                           Kent J. Sprinkle

By:  /S/ - Kent J. Sprinkle
             Kent J. Sprinkle
Attorneys for Defendant
WELLS FARGO BANK, N.A.

301055.1

1

Case No. CV-08-2670-CW
DEMAND FOR JURY TRIAL