**ORIGINAL**

*Fee Paid*

✓

```
 1  Kelly M. Dermody (Cal. Bar No. 171716)
    Jahan C. Sagafi (Cal. Bar No. 224887)
 2  LIEFF, CABRASER, HEIMANN &
       BERNSTEIN, LLP
 3  275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339
 4  Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
 5  E-Mail: kdermody@lchb.com
    E-Mail: jsagafi@lchb.com
 6
    Richard C. Haber (Ohio Bar No. 0046788)
 7  Laura L. Volpini (Ohio Bar No. 0075505)
    HABER POLK LLP
 8  Eaton Center, Suite 620
    1111 Superior Avenue
 9  Cleveland, Ohio 44114
    Telephone: (216) 241-0700
10  Facsimile: (216) 241-0739
    E-Mail: rhaber@haberpolk.com
11  E-Mail: lvolpini@haberpolk.com

12  *Attorneys for Plaintiffs and the proposed Class*
```

**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>Defendant. | Case No. 08-2670 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY LAURA L. VOLPINI *PRO HAC VICE***<br><br>The Honorable Claudia Wilken |

Pursuant to Civil L.R. 11-3, Laura L. Volpini, an active member in good standing of the bar of Ohio, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs, Martin Lewis, Aaron Cooper, and the proposed Class ("Plaintiffs") in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the

1 | highest court of Ohio;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. The attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The names, address and telephone number of those attorneys are:

> Kelly M. Dermody
> Jahan C. Sagafi
> Lieff, Cabraser, Heimann & Bernstein, LLP
> 275 Battery Street, 30th Floor
> San Francisco, CA 94111
> Telephone: (415) 956-1000

I declare under penalty of perjury of the laws of the United States that the foregoing in true and correct.

Dated: July 3, 2008        By: _____/s/ Laura L. Volpini_____
                                    Laura L. Volpini