Fee Paid

FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  Kelly M. Dermody (Cal. Bar No. 171716)
2  Jahan C. Sagafi (Cal. Bar No. 224887)
   LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com
6
   Richard C. Haber (Ohio Bar No. 0046788)
7  Laura L. Volpini (Ohio Bar No. 0075505)
   HABER POLK LLP
8  Eaton Center, Suite 620
   1111 Superior Avenue
9  Cleveland, Ohio 44114
   Telephone: (216) 241-0700
10 Facsimile: (216) 241-0739
   E-Mail: rhaber@haberpolk.com
11 E-Mail: lvolpini@haberpolk.com

12 *Attorneys for Plaintiffs and the proposed Class*

13

14                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO / OAKLAND DIVISION

16 | MARTIN LEWIS and AARON COOPER, | Case No. 08-2670 CW
   | on behalf of themselves and a class of |
17 | those similarly situated, |
   |                                | **APPLICATION FOR ADMISSION OF**
18 |           Plaintiffs,          | **ATTORNEY RICHARD C. HABER *PRO***
   |                                | ***HAC VICE***
19 |           v.                   |
   |                                | The Honorable Claudia Wilken
20 | WELLS FARGO & CO., |
21 |           Defendant. |

22

23         Pursuant to Civil L.R. 11-3, Richard C. Haber, an active member in good standing

24 of the bar of Ohio, hereby applies for admission to practice in the Northern District of California

25 on a *pro hac vice* basis representing Plaintiffs, Martin Lewis, Aaron Cooper, and the proposed

26 Class ("Plaintiffs") in the above-entitled action.

27         In support of this application, I certify on oath that:

28         1.    I am an active member in good standing of a United States Court or of the

770166.1

APPLICATION FOR ADMISSION OF
ATTORNEY HABER *PRO HAC VICE*
08-2670 CW

highest court of Ohio;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. The attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The names, address and telephone number of those attorneys are:

Kelly M. Dermody
Jahan C. Sagafi
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

I declare under penalty of perjury of the laws of the United States that the foregoing in true and correct.

Dated: July 3, 2008         By:      /s/ Richard C. Haber
                                      Richard C. Haber