ORIGINAL

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (Ohio Bar No. 0046788)
Laura L. Volpini (Ohio Bar No. 0075505)
HABER POLK LLP
Eaton Center, Suite 620
1111 Superior Avenue
Cleveland, Ohio 44114
Telephone: (216) 241-0700
Facsimile: (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

RECEIVED
JUL - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*Attorneys for Plaintiffs and the proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & CO.,<br><br>    Defendant. | Case No. 08-2670 CW<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY HABER *PRO HAC VICE*** <br><br>The Honorable Claudia Wilken |

Richard C. Haber, an active member in good standing of the bar of Ohio, whose business address and telephone number is Haber Polk LLP., Eaton Center, Suite 620, 1111 Superior Avenue, Cleveland, Ohio 44114, (216) 241-0700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs, Martin Lewis, Aaron Cooper, and the proposed Class ("Plaintiffs").

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

1 and conditions of Civil L.R. 11 3. All papers filed by the attorney must indicate appearance
2 *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
3 application will constitute notice to the party. All future filings in this action are subject to the
4 requirements contained in General Order No. 45, Electronic Case Filing.

6 Dated: _____JUL - 8 2008_____, 2008
7
                                                    _____
                                                    Honorable Claudia Wilken
                                                    United States District Judge

770633.1    - 1 -    [PROPOSED] ORDER GRANTING APP. FOR
                     ADMISSION OF ATTORNEY HABER *PRO HAC VICE*
                     08-2670 CW