1  Timothy M. Freudenberger, State Bar No. 138257
   Alison L. Tsao, State Bar No. 198250
2  Kent J. Sprinkle, State Bar No. 226971
   CARLTON DiSANTE & FREUDENBERGER LLP
3  601 Montgomery Street
   Suite 350
4  San Francisco, California 94111
   Telephone:  (415) 981-3233
5  Facsimile:  (415) 981-3246
   E-Mail:  tfreud@cdflaborlaw.com
6           atsao@cdflaborlaw.com
            ksprinkle@cdflaborlaw.com
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | MARTIN LEWIS and AARON COOPER, on ) | Case No. CV-08-2670-CW
   | behalf of themselves and a class of those ) |
13 | similarly situated, ) | Judge: Hon. Claudia Wilken
   |                                    ) |
14 |        Plaintiffs, ) | **DEFENDANT WELLS FARGO BANK,**
   |   vs.                              ) | **N.A.'S, CERTIFICATION OF**
15 |                                    ) | **INTERESTED ENTITIES OR PERSONS**
   | WELLS FARGO & CO., ) |
16 |                                    ) | Action Filed:  May 28, 2008
   |        Defendant. ) | Trial Date:    None Set
17 |                                    )

18

---

CARLTON DiSANTE &
FREUDENBERGER LLP
304026.1

Case No.  CV-08-2670-CW
NOTICE OF INTERESTED ENTITIES

Pursuant to United States District Court for the Northern District of California's Civil L.R. 3-16, the undersigned, counsel of record for Defendant WELLS FARGO BANK, N.A., erroneously sued herein as Wells Fargo & Co., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Wells Fargo Bank, N.A. (erroneously sued herein as Wells Fargo & Co.)

2. Wells Fargo & Company

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Counsel of record for Defendant WELLS FARGO BANK, N.A., erroneously sued herein as Wells Fargo & Co., are Timothy M. Freudenberger, Alison L. Tsao and Kent J. Sprinkle of Carlton DiSante & Freudenberger LLP, 601 Montgomery St., Suite 350, San Francisco, California 94111.

Dated: August 12, 2008

CARLTON DiSANTE & FREUDENBERGER LLP
Timothy M. Freudenberger
Alison L. Tsao
Kent J. Sprinkle


By:   /S/ - Kent J. Sprinkle
                Kent J. Sprinkle
Attorneys for Defendant
WELLS FARGO BANK, N.A.