1  Kelly M. Dermody (SBN 171716)
   Jahan C. Sagafi (SBN 224887)
2  LIEFF, CABRASER, HEIMANN &
      BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com
6
   Richard C. Haber (Ohio Bar No. 0046788)
7  Laura L. Volpini (Ohio Bar No. 0075505)
   HABER POLK LLP
8  Eaton Center, Suite 620
   1111 Superior Avenue
9  Cleveland, Ohio 44114
   Telephone: (216) 241-0700
10 Facsimile: (216) 241-0739
   E-Mail: rhaber@haberpolk.com
11 E-Mail: lvolpini@haberpolk.com

12 *Attorneys for Plaintiffs and the proposed Class*

13                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
14                           OAKLAND DIVISION

15 | MARTIN LEWIS and AARON COOPER, | Case No. 08-2670 CW |
   | on behalf of themselves and a class of those similarly situated, | |
16 | | |
   | | **PLAINTIFFS' CERTIFICATION OF** |
17 | Plaintiffs, | **INTERESTED ENTITIES OR PERSONS** |
   | | **PURSUANT TO N.D. CAL. L.R. 3-16** |
18 | v. | |
19 | WELLS FARGO & CO., | |
20 | Defendant. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and the potential class members, there is no such interest to report.

Respectfully submitted,

Dated:  August 13, 2008

By: _____
Jahan C. Sagafi

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (Ohio Bar No. 0046788)
Laura L. Volpini (Ohio Bar No. 0075505)
HABER POLK LLP
Eaton Center, Suite 620
1111 Superior Avenue
Cleveland, Ohio 44114
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiffs and the proposed Class*