1  [Counsel for Parties listed on signature pages]

2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated, | Case No.  08-cv-2670 CW |
| Plaintiffs, | **STIPULATION AND <u>ORDER RE CASE SCHEDULE</u>** |
| v. | |
| WELLS FARGO & CO., | |
| Defendant. | |

1   This Stipulation is entered into by and between Martin Lewis and Aaron Cooper

2   ("Plaintiffs"), by and through their undersigned counsel, and Wells Fargo Bank, N.A.[1] (the

3   "Company"), by and through its undersigned counsel.  Plaintiffs and the Company are

4   collectively referred to herein as the "Parties."

5   **RECITALS**

6   WHEREAS, the Court held an initial case management conference on September 16,

7   2008, at which the Court ordered the parties to meet and confer regarding a pretrial schedule; and

8   WHEREAS, the Court ordered the parties to hold a mediation within 90 days;

9   WHEREAS, based on counsel's schedules, the parties have agreed to propose accelerating

10  the Conditional Collective Action Certification briefing and hearing schedule (§ 2, below) two

11  weeks earlier;

12  WHEREAS, Defendant believes that mediation in December is unlikely to be fruitful

13  because it cannot produce documents and make deponents available in time for briefing to be

14  submitted to the mediator by mid-December, and has committed to making best efforts to produce

15  such documents and make such deponents available sufficiently in advance of the December

16  holidays to make mediation on January 13, 2009 fruitful;

17  WHEREAS, the Parties have scheduled mediation for January 13, 2009;

18  WHEREAS, in view of the factors set forth above, the Parties have advanced the dates set

19  forth in the Court's September 23, 2008 Minute Order by approximately 1-2 weeks each (with the

20  exception of the mediation date, which is postponed by approximately 4 weeks), resulting in the

21  schedule provided below, which the parties respectfully request the Court to confirm;

22  THEREFORE, the Parties stipulate and agree as follows:

23  **STIPULATION AND AGREEMENT**

24  1.   The parties shall adhere to the following schedule (hearings are in bold):

25

26

---

27  [1] The Company maintains that Wells Fargo & Co. is not a proper defendant, and that Plaintiffs should amend their Complaint to replace Wells Fargo & Co. with Wells Fargo Bank, N.A.  The
28  Company will provide documentation to confirm the propriety of such an amendment shortly.

782616.5    - 1 -    STIPULATION AND [PROPOSED] ORDER
RE CASE SCHEDULE
CASE NO. 08-CV-2670 CW

**1. Private mediation**

| | |
|---|---|
| January 13, 2009 | Date of private mediation |

**2. Plaintiffs' Motion for Conditional Collective Action Certification**

| | |
|---|---|
| January 22, 2009 | Motion |
| February 5, 2009 | Opposition |
| February 12, 2009 | Reply |
| **February 26, 2009, 2:00 p.m.** | **Hearing** |
| March 12, 2009 | Expected issuance of order |
| April 9, 2009 | Notice to be sent out (if motion is granted) |
| June 23, 2009 | Close of opt-in period (if motion is granted) |

**3. Plaintiffs' Amended Complaint**

| | |
|---|---|
| July 23, 2009 | Filing of stipulation or motion for leave to amend |
| | (Deadline to add parties or claims) |

**4. Plaintiffs' Motion for Class Certification**

| | |
|---|---|
| October 2, 2009 | Motion |
| November 6, 2009 | Opposition |
| November 25, 2009 | Reply |
| **December 10, 2009, 2:00 p.m.** | **Hearing and case management conference** |

**5. Pretrial deadlines**

| | |
|---|---|
| April 16, 2010 | Completion of fact discovery |
| **July 15, 2010, 2:00 p.m.** | **Hearing on case-dispositive motions** |
| August 6, 2010 | Disclosure of identities of expert witnesses |
| September 15, 2010 | Exchange of expert witness reports |
| October 5, 2010 | Completion of expert discovery |
| **November 16, 2010, 2:00 p.m.** | **Final pretrial conference** |
| **November 29, 2010, 8:30 a.m.** | **Commencement of 15-day trial** [2] |

---

[2] Defendant contends the trial estimate is premature given the uncertain scope of the class (if any is certified) whose issues will be tried.

1
2
3
4   Dated: September 25, 2008                By: _/s/ Jahan C. Sagafi_____
                                                    Jahan C. Sagafi

5                                            Kelly M. Dermody (Cal. Bar No. 171716)
                                             Jahan C. Sagafi (Cal. Bar No. 224887)
6                                            LIEFF, CABRASER, HEIMANN &
                                               BERNSTEIN, LLP
7                                            275 Battery Street, 30th Floor
                                             San Francisco, CA 94111-3339
8                                            Telephone:  (415) 956-1000
                                             Facsimile:   (415) 956-1008
9                                            E-Mail: kdermody@lchb.com
                                             E-Mail: jsagafi@lchb.com
10
                                             Richard C. Haber (admitted *pro hac vice*)
11                                           Laura L. Volpini (admitted *pro hac vice*)
                                             HABER POLK LLP
12                                           Eaton Center, Suite 620
                                             1111 Superior Avenue
13                                           Cleveland, Ohio 44114
                                             Telephone: (216) 241-0700
14                                           Facsimile:   (216) 241-0739
                                             E-Mail: rhaber@haberpolk.com
15                                           E-Mail: lvolpini@haberpolk.com

16                                           *Attorneys for Plaintiffs and Class Members*

17
    Dated: September 25, 2008                By: _/s/ Alison L. Tsao_____
18                                                  Alison L. Tsao

19                                           Timothy M. Freudenberger
                                             Alison L. Tsao
20                                           Kent J. Sprinkle
                                             CARLTON DISANTE & FREUDENBERGER LLP
21                                           601 Montgomery St., Suite 530
                                             San Francisco, California 94111
22                                           Telephone:  (415) 981-3233
                                             Facsimile:  (415) 981-3246
23                                           E-Mail: tfreud@cdflaborlaw.com
                                             E-Mail: atsao@cdflaborlaw.com
24                                           E-Mail: ksprinkle@cdflaborlaw.com

25                                           *Attorneys for Defendant Wells Fargo & Co.*

26
27
28

## **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

This schedule supersedes the schedule set forth in the Court's Minute Order dated September 24, 2008.

Dated: 9/30/08, 2008

_____
Hon. Claudia Wilken
United States District Judge