IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN LEWIS, et al.,            No. 08-02670 CW

    Plaintiffs,                 ORDER

  v.

WELLS FARGO & CO.,

    Defendant.
_____/

On October 31, 2008, parties submitted letter briefs to the Court regarding the precise scope of the mailing of informational letters to potential Class members. Having considered the letter briefs,

IT IS HEREBY ORDERED that Plaintiffs' version of the letter should be sent to the Class members.

    11/4/08
Dated _____

_____
CLAUDIA WILKEN
United States District Judge