1  [Counsel for Parties listed on signature pages]

2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9             SAN FRANCISCO/OAKLAND DIVISION

10

11 | MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated, | Case No.  08-cv-2670 CW
12 |  |
13 | Plaintiffs, | **REVISED STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT**
14 | v. |
15 | WELLS FARGO & CO., |
16 | Defendant. |

17
18
19
20
21
22
23
24
25
26
27
28

1  The parties, through their respective counsel of record, hereby stipulate and agree that
2  Plaintiffs may file a First Amended Complaint ("FAC") adding a classwide claim under
3  Minnesota law, asserted by named Plaintiff Anissa Schilling.  The parties further stipulate and
4  agree that Defendant Wells Fargo Bank, N.A.[1] may file a responsive pleading to the FAC within
5  20 days of service of the FAC.

6  Dated:  February 4, 2009                    By: */s/ Jahan C. Sagafi*
                                                   Jahan C. Sagafi

   Kelly M. Dermody (Cal. Bar No. 171716)
   Jahan C. Sagafi (Cal. Bar No. 224887)
   LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
   275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
   Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
   E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com

   Richard C. Haber (admitted *pro hac vice*)
   Laura L. Volpini (admitted *pro hac vice*)
   HABER POLK LLP
   Eaton Center, Suite 620
   1111 Superior Avenue
   Cleveland, Ohio 44114
   Telephone:  (216) 241-0700
   Facsimile:  (216) 241-0739
   E-Mail: rhaber@haberpolk.com
   E-Mail: lvolpini@haberpolk.com

   *Attorneys for Plaintiffs and Class Members*

---

[1] Erroneously sued as "Wells Fargo & Co."

| | | |
|---|---|---|
| 1 | Dated:  February 4, 2009 | By: */s/ Alison L. Tsao* _____ |
| 2 | | Alison L. Tsao |

Timothy M. Freudenberger
Alison L. Tsao
Kent J. Sprinkle
CARLTON DISANTE & FREUDENBERGER LLP
601 Montgomery St., Suite 530
San Francisco, California 94111
Telephone:  (415) 981-3233
Facsimile:  (415) 981-3246
E-Mail: tfreud@cdflaborlaw.com
E-Mail: atsao@cdflaborlaw.com
E-Mail: ksprinkle@cdflaborlaw.com

*Counsel for Wells Fargo Bank, N.A.*

1
2     **ORDER**

3     The foregoing stipulation is approved, and IT IS SO ORDERED.

4     Dated: ___2/6_____, 2009    _____
5                                    Hon. Claudia Wilken
                                     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

799106.1              - 3 -        REVISED STIPULATION AND [PROPOSED] ORDER
                                   GRANTING LEAVE TO AMEND COMPLAINT
                                   CASE NO. 08-CV-2670 CW