IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEWIS et al.,

    Plaintiffs,

  v.

WELLS FARGO & CO.,

    Defendant.
_____/

No. C 08-02670 CW

ORDER ON DISCOVERY ISSUE

    The Court has reviewed the February 17, 2009 joint letter regarding a pending discovery dispute concerning Plaintiff's responses to discovery requests.  A telephonic hearing to resolve the issue is not necessary.  The Court orders Plaintiffs to provide copies of the application materials at issue to Defendant.  Defendant cannot subpoena the application documents from the one employer entity that is participating in an ongoing application process until that process has completed.

    IT IS SO ORDERED.

Dated: 2/20/09

_____
CLAUDIA WILKEN
United States District Judge