[Counsel for parties are listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> WELLS FARGO & CO., <br><br> Defendant. | Case No. CV-08-2670-CW <br><br> Judge: Hon. Claudia Wilken <br><br> **STIPULATION AND ORDER TO ALLOW PLAINTIFFS LEAVE TO FILE A SECOND AMENDED COMPLAINT** <br><br> Action Filed:   May 28, 2008 <br> Trial Date:     None Set |

1       The parties, through their respective counsel of record, hereby stipulate and agree that

2  Plaintiffs may file a Second Amended Complaint ("SAC") to resolve the parties' disagreement

3  regarding the Minnesota State law claims asserted by Plaintiff Anissa Schilling.  The parties further

4  stipulate and agree that Defendant Wells Fargo Bank, N.A.[1] shall have up to and including

5  February 26, 2009 to file a responsive pleading to said SAC.  In the event that this stipulation and

6  Order is not signed and the SAC is not filed on or before February 26, 2009, any responsive

7  pleading filed by Defendant on February 26, 2009 will nonetheless be deemed to be filed in

8  response to the SAC, which Plaintiffs have previously provided to Defendant.

9  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

10  DATED: February 25, 2009       /S/ - Jahan C. Sagafi
                                  Jahan C. Sagafi

| Richard C. Haber (admitted *pro hac vice*) | Kelly M. Dermody, State Bar No. 171716 |
| Laura L. Volpini (admitted *pro hac vice*) | Jahan C. Sagafi , State Bar No. 224887 |
| HABER POLK LLP | LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP |
| Eaton Center, Suite 620 | |
| 1111 Superior Avenue | 275 Battery Street, 30th Floor |
| Cleveland, Ohio 44114 | San Francisco, California 94111 |
| Telephone: | Telephone: (415) 956-1000 |
| Facsimile: | Facsimile: (415) 956-1008 |
| E-Mail: rhaber@haperpolk.com | E-Mail: kdermody@lchb.com |
|      lvolpini@haberpolk.com |      jsagafi@lchb.com |

*Attorneys for Plaintiffs and Class Members*

DATED: February 25, 2009       /S/ - Alison L. Tsao
                                  Alison L. Tsao

Timothy M. Freudenberger, State Bar No. 138257
Alison L. Tsao, State Bar No. 198250
Marianne C. Koepf, State Bar No. 191025
CARLTON DiSANTE & FREUDENBERGER LLP
601 Montgomery Street
Suite 350
San Francisco, California 94111
Telephone: (415) 981-3233
Facsimile: (415) 981-3246
E-Mail: tfreud@cdflaborlaw.com
     atsao@cdflaborlaw.com
     mkoepf@cdflaborlaw.com
*Attorneys for Defendant WELLS FARGO BANK, N.A.*

---

[1] Erroneously sued as "Wells Fargo & Co."

1

**<u>ORDER</u>**

2

     The foregoing stipulation is approved, and IT IS SO ORDERED.

3

    43/2/09

4

DATED: _____

    _____

5

    Hon. Claudia Wilken
    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Case No.  CV-08-2670-CW
STIPULATION AND ORDER TO ALLOW
PLAINTIFFS LEAVE TO FILE SAC