[Counsel for parties are listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>               Plaintiffs,<br>        vs.<br><br>WELLS FARGO & CO.,<br><br>              Defendant. | Case No. CV-08-2670-CW<br><br>Judge: Hon. Claudia Wilken<br><br>**STIPULATION AND ORDER TO SUBMIT DEFENDANT'S RULE 12 MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT ON THE PAPERS WITHOUT A HEARING**<br><br>Date:   April 2, 2009<br>Time:   2:00 p.m.<br>Ctrm.:   2, 4th Floor<br><br>Action Filed:   May 28, 2008<br>Trial Date:   None Set |

# I. <u>STIPULATION</u>

Whereas, on February 26, 2009, Defendant Wells Fargo Bank, N.A. filed its Motion to Dismiss for Failure to State a Claim Pursuant to FRCP 12(b)(6), or, In the Alternative, For A More Definite Statement Pursuant to FRCP 12(e), setting the hearing date for April 2, 2009 at 2:00 p.m. before this Court in accordance with all applicable federal and local rules.

Whereas, Plaintiffs advised Defendant that Plaintiffs' counsel is unavailable to attend the hearing regarding the above motion on April 2, 2009.  Plaintiffs proposed continuing the hearing to April 9, 2009, April 16, 2009, or April 23, 2009.  Defendant's counsel is not available on April 9 or April 16, and would like to have the Motion resolved as soon as possible given the parties' ongoing discovery dispute.

Accordingly, the parties, through their respective counsel of record, hereby stipulate and agree to decline oral argument on Defendant's Rule 12 Motion and submit on the papers for the reasons set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 5, 2009

/S/ - Jahan C. Sagafi
Jahan C. Sagafi

| | |
|---|---|
| Richard C. Haber (admitted *pro hac vice*)<br>Laura L. Volpini (admitted *pro hac vice*)<br>HABER POLK LLP<br>Eaton Center, Suite 620<br>1111 Superior Avenue<br>Cleveland, Ohio 44114<br>Telephone:<br>Facsimile:<br>E-Mail: rhaber@haperpolk.com<br>      lvolpini@haberpolk.com | Kelly M. Dermody, State Bar No. 171716<br>Jahan C. Sagafi , State Bar No. 224887<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 956-1000<br>Facsimile:  (415) 956-1008<br>E-Mail:  kdermody@lchb.com<br>      jsagafi@lchb.com |

*Attorneys for Plaintiffs and Class Members*

DATED: March 5, 2009

/S/ - Kent J. Sprinkle
Kent J. Sprinkle

Timothy M. Freudenberger, State Bar No. 138257
Alison L. Tsao, State Bar No. 198250
Kent J. Sprinkle, State Bar No. 226971
CARLTON DiSANTE & FREUDENBERGER LLP
601 Montgomery Street
Suite 350

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

San Francisco, California 94111
Telephone:  (415) 981-3233
Facsimile:  (415) 981-3246
E-Mail:  tfreud@cdflaborlaw.com
atsao@cdflaborlaw.com
ksprinkle@cdflaborlaw.com
*Attorneys for Defendant WELLS FARGO BANK, N.A.*

335349-1

1

**ORDER**

2    The foregoing stipulation is approved, and IT IS SO ORDERED.

3    DATED: _____3/9/09_____     _____

4                                              Hon. Claudia Wilken
                                               UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

334411.1