IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & CO.,<br><br>    Defendant.<br>_____/ | No. C 08-2670 CW<br><br>ORDER PROVIDING NOTICE OF AND OPPORTUNITY TO BE HEARD ON TENTATIVE DECISION TO APPOINT SPECIAL MASTER |

    The Court finds that the amount of judicial resources expended adjudicating discovery disputes in this case constitutes exceptional circumstances that warrant the appointment of a special master to oversee discovery.  The Court intends to order that the cost of the special master's compensation shall be allocated at the special master's discretion, including allocation of the cost of the special master's compensation to the non-prevailing party upon the resolution of a dispute.  Pursuant to Federal Rule of Civil Procedure 53(b)(1), the Court provides notice to the parties and an opportunity to be heard on the appointment of a special master to oversee discovery.  The parties may file responses to this notice, including suggestions of candidates for appointment, no later than

March 17, 2009

    IT IS SO ORDERED.

Dated: March 10, 2009

_____
CLAUDIA WILKEN
United States District Judge