IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTION LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>WELLS FARGO & CO.,<br><br>          Defendant.<br>_____/ | No. C 08-02670 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that all pending and future discovery disputes are referred to Magistrate Judge Joseph C. Spero.

    Defendant shall provide transcripts to the Magistrate Judge of all prior discovery conferences that were reported.  The transcripts must be provided at the most expedited rate available. The Magistrate Judge is requested to resolve the pending disputes as informally and expeditiously as practicable, given the delay that has occurred already.  The Magistrate Judge is encouraged to assign the attorneys' fees and costs incurred in discovery proceedings against the party he finds has taken a losing or uncooperative position.  The Magistrate Judge is advised promptly

to recommend that this Court appoint a Special Master if he finds that either party is consuming an inordinate amount of judicial resources.

Dated:  3/19/09

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; JCS