UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEWIS, ET. AL, | Case No. C08-02670 (CW) JCS |
| Plaintiff(s), | **ORDER DENYING DEFENDANT'S MOTION FOR ADDITIONAL TIME TO PRODUCE STAMP DATA, OR IN THE ALTERNATIVE, TO STAY DISCOVERY** |
| v. | |
| WELLS FARGO & CO., | **[Docket No. 77]** |
| Defendant(s). | |

On February 27, 2009, Defendant filed a Letter Brief for Additional Time to Produce STAMP Data, or in the alternative, To Stay Discovery.

On March 30, 2009, the matter came on for hearing. Jahan Sagafi and Kelly Dermody, appeared for Plaintiffs. Alison Tsao and Tim Freudenberger, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that:

1. On or before April 3, 2009, Defendant shall provide to Plaintiffs the summary STAMP data for the Specific Job Titles previously identified by Plaintiffs.

2. On April 8 or 9, 2009 Ms. Dermody and Mr. Freudenberger, lead trial counsel, shall meet and confer in person on (a) the request by Plaintiffs for Phase I discovery (Paragraph 1 of the Court's Order of January 26, 2009) on job titles or families proposed by Plaintiffs in February, 2009, and (b) Plaintiffs' request for detailed STAMP data on the Specific Job Titles for which Defendant has produced summary STAMP data or for which Defendant will produce summary STAMP data pursuant to paragraph one of this Order.

3. In the event that the meeting set forth in paragraph 2 of this Order does not resolve the two issues listed, the parties shall, within (1) one week of the meeting, submit a

joint letter detailing the basis for each side's position, responses to the opposing side's position, and proposed compromise. The Court will then determine what future proceedings are necessary.

IT IS SO ORDERED.

Dated: March 31, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge

2