# Carlton DiSante
# & Freudenberger LLP

ATTORNEYS

601 Montgomery Street
Suite 350
San Francisco, California 94111
Telephone (415) 981-3233
Facsimile (415) 981-3246
www.cdflaborlaw.com

**ORANGE COUNTY OFFICE**
2600 Michelson Drive
Suite 800
Irvine, California 92612
Telephone (949) 622-1661
Facsimile (949) 622-1669

**SAN DIEGO OFFICE**
4510 Executive Drive
Suite 300
San Diego, California 92121
Telephone (858) 646-0007
Facsimile (858) 646-0008

**LOS ANGELES OFFICE**
707 Wilshire Boulevard
Suite 5150
Los Angeles, California 90017
Telephone (213) 612-6300
Facsimile (213) 612-6301

**SACRAMENTO OFFICE**
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone (916) 361-0991
Facsimile (916) 361-1480

April 2, 2009

Sender's e-mail:
atsao@cdflaborlaw.com

Hon. Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   Lewis, et al. v. Wells Fargo Bank, N.A.
U.S. District Court, Northern District of California Case No. CV-08-2670
CW

Dear Judge Spero:

On April 1, 2009, a Notice of Association of Counsel was filed in the above matter, in which Joan B. Tucker Fife and Winston & Strawn LLP were associated as counsel of record for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"). Henceforth, Ms. Fife will be acting as Lead Trial Counsel in this matter for Wells Fargo.

In light of this Court's March 31, 2009 Order (at ¶ 2) in which "lead trial counsel" for both parties were directed to meet and confer in person regarding the outstanding discovery disputes, Wells Fargo intends for Ms. Fife, rather than Mr. Freudenberger (of Carlton DiSante & Freudenberger LLP), to attend the in person meeting with lead trial counsel for Plaintiffs.

Because the Court's Order references lead trial counsel both by title and by name, Wells Fargo respectfully submits this letter to obtain this Court's approval of this change with respect to attending the in-person meeting between lead trial counsel on April 8th or 9th.

Respectfully submitted,

Alison L. Tsao
CARLTON DiSANTE & FREUDENBERGER LLP

337463.1

Carlton DiSante & Freudenberger LLP

Hon. Joseph C. Spero
April 2, 2009
Page 2

cc:     Hon. Claudia Wilken
        Jahan C. Sagafi, Esq.
        Joan B. Tucker Fife, Esq.

Dated: April 2, 2009



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA