**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN LEWIS, et al.

    Plaintiffs,

v.

WELLS FARGO & CO.,

    Defendant.
_____/

No. C 08-02670 CW

<u>ORDER OF
REFERENCE TO
MAGISTRATE JUDGE</u>

Pursuant to Local Rule 72-1 and this Court's previous Order of Reference to Magistrate Judge, IT IS HEREBY ORDERED that Plaintiffs' letter brief dated June 18, 2009, Defendant's reply letter brief dated June 24, 2009, and Defendant's Stipulated Administrative Motion to File Portions of a Confidential Document Under Seal filed in the above-captioned case are referred to Magistrate Judge Joseph Spero.

Dated: 6/29/09

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; JCS w/letters and mo.