Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (admitted *pro hac vice)*
Laura L. Volpini (admitted *pro hac vice)*
HABER POLK LLP
Eaton Center, Suite 620
1111 Superior Avenue
Cleveland, Ohio 44114
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiff and the proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>Defendant. | Case No.  08-2670 CW<br><br>**DECLARATION OF MICHAEL WIOR** |

839091.1

I, Michael Wior, declare:

1.    I make this statement based on my personal knowledge.  I am prepared and competent to testify to the matters set forth in this declaration.

**Basic employment information**

2.    I have been employed with Wells Fargo as a Web Engineer and a Web Systems Engineer since approximately July 2006.  From July 2006 until the end of 2008, I worked out of the Chandler, AZ office.  Since the end of 2008, I have been working from my home in Tampa, Florida.

a.    I worked as a Web Engineer level 4 from approximately July 2006 to November 2007.

b.    In November 2007, my job title was changed to Web Systems Engineer level 4.  (I understand that that change was part of a large-scale change by Wells Fargo to eliminate the Web Engineer position and replace it with new titles.)  I worked as a Web Systems Engineer level 4 until March 2008.

c.    Since March 2008, I have been a Web Systems Engineer level 5.

3.    In all of these positions, I have been classified as exempt.  I have worked continuously in Wells Fargo's Technology Information Group.  I am assigned to work for the Enterprise Hosting Services group within TIG.

**Unpaid overtime**

4.    I often work more than 40 hours per week.  Because I have been classified as exempt from overtime pay, I receive no overtime pay for the overtime hours I have worked while at Wells Fargo.

**My job duties**

5.    My main responsibility as a Web Systems Engineer (in both levels) has been to maintain Wells Fargo's computer systems in accordance with Wells Fargo policies, procedures, and protocols. I have spent the majority of my time doing some combination of the following: maintaining and supporting Wells Fargo's web systems by responding to customers' support requests and environmental outages, and configuring new environments for new technology.  The

purpose of this work is to keep the systems up and running by ensuring that all applications and software are functioning properly.

6.      Sometimes I worked on one-time projects that I was assigned, but all of the tasks that I have listed above are my main day-to-day recurring responsibilities, and carrying them out is my principal role.

7.      I work entirely on the technical side of things.  Decisions and suggestions I make in doing my work are not about what kinds of systems Wells Fargo should use, or how Wells Fargo could use different technology to improve their business performance and/or processes. Other people make those decisions and recommendations, not me.  My job is to make sure that Wells Fargo's web systems are properly maintained according to steps and procedures that are required by Wells Fargo.  I operate and maintain complicated systems according to specifications that are not set by me.

### Procedures I am required to follow

8.      I am required to follow specific procedures for the tasks I perform.  These processes and procedures are spelled out in detailed steps.  For example, I spend the majority of my time handling Pac2000 tickets, which are service request tickets.  I was trained by Wells Fargo on how to handle these tickets and was provided written instructions on how to resolve the tickets.  These written instructions are available on Wells Fargo's Policy Works website and stored in Sharepoint.  I also occasionally help to build out new environments for new technology. To perform this task, I follow what is called a "server build doc," which gives me step-by-step instructions on what to do and a timeline for doing it.  These "server build docs" are available on the Policy Works website and are stored in Sharepoint.  They significantly restrict my freedom in doing the build out – I don't get to decide how the environment should be structured, or what components should be included; I just follow the step-by-step instructions on the server build doc.

9.      I rely on these documents to tell me how to perform many of the repetitive tasks that I am required to perform.  After doing the tasks over and over, I end up memorizing the steps of the tasks so I do not need to refer to the documents often when doing those tasks.

- 2 -

DECLARATION OF MICHAEL WIOR
CASE NO. 08-2670 CW

**The routine nature of my work**

10.    Most of the tasks I perform are routine in nature: they involve performing the same functions over and over again, following the same basic steps, procedures, or instructions each time, and using the same basic tools and skills each time. I am not allowed any significant creativity in my job. I constantly have to get permission to do tasks as simple as installing a patch or modifying a system file.

**Service requests and problem ticket procedures**

11.    Much of my work is assigned to me through a ticket system called Pac2000. I continuously receive tickets reporting problems users are having and assignments I am required to handle. I try to identify the problem and fix it based on my understanding of the requirements of the system and Wells Fargo policies and procedures. Each ticket has a priority level, which dictates how long the assigned worker has to fix the problem or escalate the ticket to someone else. Most routine tickets have to be completed within a 4-hour SLA (our common term for the expectations set by the Service Level Agreements with the customer).

12.    To my understanding, each group at Wells Fargo has its own SLA. I have seen my group's SLA, which can be accessed from Wells Fargo's online system. Both I and my manager have referred to the SLA to see how long we have to respond to Pac2000 tickets.

13.    My manager gets a list of our responses to the Pac2000 tickets. If the description of our resolution of the customer's problem is not detailed enough, my manager requires that we discuss with him how we can improve our description and/or resolution next time. To my understanding, these reports are run at least monthly, maybe even bi-weekly. In addition, my manager takes the quality and speed of my responses to the Pac2000 tickets into account when completing my performance evaluation.

**Change control procedures**

14.    I am also required to follow strict change control procedures, which govern how and when systems can be interrupted or modified. These procedures dictate that changes to the computer environment be pre-approved by management. Change control procedures have to be followed when a modification is being made to the computer environment – for example, if a new

- 3 -

839091.1

application is to be installed or upgraded or patched. These procedures apply to significant and minor modifications alike. These procedures severely limit my authority to make substantial changes to the technology environment. I do not have authority to shut down (or "take offline") computer systems or make any substantial changes to computer systems without prior approval (except possibly in an emergency situation).

15.     In fact, other technical support workers whom I have worked with have gotten in trouble for not following these procedures. It is my understanding that my fellow Web Systems Engineers and other technical support workers can be fired for failing to follow these procedures.

**Other technical support workers like me**

16.     The four other Wells Fargo Web Systems Engineers on my team do the same kind of work I have described and are also classified as exempt. By that I mean that they too support and maintain the Wells Fargo technology infrastructure by following procedures and checklists provided by management and the customers and vendors and stored on Sharepoint. I know this because we interact often in doing our jobs, a lot of their work is visible to me, we talk about what we were doing, we use the same tools and resources, get tickets and change requests from the same system, and participate in many meetings together. I also know that other Web Systems Engineers working on the same systems I work on are responsible for handling trouble tickets from the same system I am.

17.     I also work with other technical support workers (such as Network Engineers, Information Security Engineers, Operating Systems Engineers, System Support Analysts, Technical Services Specialists, Database Analysts, and Web Support Engineers) who also install, maintain, and/or support Wells Fargo's computer hardware and/or software like I do, and are subject to change control and problem ticket procedures like I am.

a.     For example, the Systems Support Analysts and I have similar job duties in that we both work on server builds using the server build docs and we both respond to support requests. In fact, the Systems Support Analysts were previously called Web Engineers like I used to be called.

839091.1

DECLARATION OF MICHAEL WIOR
CASE NO. 08-2670 CW

b.    As another example, the Information Security Engineers and I also have similar job duties in that we both respond to Pac2000 tickets and change requests.

18.    Likewise, these other technical support workers – including other Web Systems Engineers and those listed in the preceding paragraph – are subject to discipline (including termination) if they fail to follow the change control procedures I describe in paragraphs 14 and 15.

**Work hours and time recording**

19.    I record my work hours in the STAMP database.  I do not get paid any more or less in any given week depending on what I enter in the database.  Because I am classified as exempt, I do not report my overtime hours on any payroll form or system, and I am not paid overtime for my overtime hours.

20.    In addition to the standard 40-hour workweek, I often work after 6 pm.  Most change requests have to be handled after-hours (i.e., after 6 pm).  My manager assigns change requests to me that require me to work after-hours about two times per week.

21.    As a Web Systems Engineer level 4, I worked an average of 60-70 hours per week, sometimes more.  As a Web Systems Engineer level 5, I work an average of 50-60 hours per week.

22.    I generally enter some, but not all, of my time in STAMP.  Sometimes I enter less than 100% of my time because my manager does not remind me, so I forget to enter any time at all.  I often forget to enter my time because I know that it does not really matter since I am not getting paid according to the number of hours I enter anyway.

23.    My coworkers and I sometimes complained about working long hours without overtime pay.  I specifically recall complaining to my manager about the overtime hours when some of my Web Engineer peers were reclassified to non-exempt and paid hourly, but Wells Fargo only changed my job title and kept me classified as exempt.  I felt that my manager agreed with me, but he felt it was too late to do anything about it.

**Reclassification**

24.     My initial job title when I started at Wells Fargo was Web Engineer. Then in November 2007, Wells Fargo reclassified some of the Web Engineers to non-exempt and changed their job title to Systems Support Analysts. Other Web Engineers, like myself, remained exempt, but our job titles were changed to Web Systems Engineers.

25.     When this reclassification occurred, I was required to complete a survey of the hours that I worked. To my recollection, the survey consisted of a set of questions about my daily job duties. I believe the survey was emailed to me by my manager.

*     *     *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this \8 th day of September, 2009, at Tampa, Florida.

Michael Wior

839091.1                                    DECLARATION OF MICHAEL WIOR
                                            CASE NO. 08-2670 CW