Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Jaron R. Shipp (Cal. Bar No. 264401)
Barbra L. Williams (Cal. Bar No. 249967)
Heather H. Wong (Cal. Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

[Additional Counsel listed on Signature Page]
*Attorneys for Plaintiff and the proposed Class*

Joan B. Tucker Fife (Cal. Bar No. 144572)
Seema R. Patel (Cal. Bar No. 259773)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email: jfife@winston.com
Email: spatel@winston.com

[Additional Counsel listed on Signature Page]
*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>Defendant. | Case No.  08-2670 CW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PRODUCTION OF CLASS NOTICE DATA** |

1  This Stipulation is entered into by and between Plaintiffs Martin Lewis, Aaron Cooper, and Anissa Schilling ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties").

**RECITALS**

WHEREAS, on October 26, 2009, the Court ordered Wells Fargo to produce to a mutually agreed-upon third-party administrator the names, alternate addresses, email addresses, social security numbers and telephone numbers of all prospective members of the class by November 9, 2009 (Dkt. No. 150 at 9:24);

WHEREAS, the parties have agreed on Settlement Services, Inc. ("SSI") as the third-party administrator; and

WHEREAS, the parties have agreed to include the Network Analyst 2 job title and level in the positions to which notice shall be sent, necessitating more time to gather the required data.

IT IS HEREBY STIPULATED that the parties propose that the Court extend the deadline for SSI's receipt of the data to November 13, 2009.

Dated: November 6, 2009          By: */s/ Jahan C. Sagafi*
                                     Jahan C. Sagafi

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

|   |   |   |
|---|---|---|
| 1 |   | Richard C. Haber (admitted *pro hac vice*) |
| 2 |   | Laura L. Volpini (admitted *pro hac vice*)<br>HABER POLK LLP |
| 3 |   | Eaton Center, Suite 620<br>1111 Superior Avenue |
| 4 |   | Cleveland, Ohio 44114<br>Telephone:  (216) 241-0700 |
| 5 |   | Facsimile:   (216) 241-0739<br>E-Mail: rhaber@haberpolk.com |
|   |   | E-Mail: lvolpini@haberpolk.com |

*Attorneys for Plaintiffs and Class Members*

Dated:  November 6, 2009      By:  */s/ Joan B. Tucker Fife* _____
                                   Joan B. Tucker Fife

Joan B. Tucker Fife (Cal. Bar No. 144572)
Seema R. Patel (Cal. Bar No. 259773)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email: jfife@winston.com
Email: spatel@winston.com

Evan R. Moses (Cal. Bar No. 198099)
Audrey Shen Chui (Cal. Bar No.  254510)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email: evmoses@winston.com
Email: achui@winston.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: November 9, 2009

_____
The Honorable Claudia Wilken
United States District Judge