1  *[Counsel for Parties listed on signature pages]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO & CO.,<br><br>　　　　　Defendant. | Case No.  08-cv-2670 CW<br><br>**STIPULATION AND ORDER CONTINUING CASE <u>MANAGEMENT CONFERENCE</u>** |

1  The parties hereby stipulate and agree that the case management conference currently
2  scheduled for December 10, 2009, at 2:00 p.m. be continued to December 15, 2009, at 2:00 p.m.
3  The parties filed a joint case management conference statement on December 3, 2009.

4  Dated:  December 9, 2009          By: */s/ Jahan C. Sagafi*
                                          Jahan C. Sagafi
5
                                      Kelly M. Dermody (Cal. Bar No. 171716)
6                                     Jahan C. Sagafi (Cal. Bar No. 224887)
                                      LIEFF, CABRASER, HEIMANN &
7                                       BERNSTEIN, LLP
                                      275 Battery Street, 30th Floor
8                                     San Francisco, CA 94111-3339
                                      Telephone:  (415) 956-1000
9                                     Facsimile:   (415) 956-1008
                                      E-Mail: kdermody@lchb.com
10                                    E-Mail: jsagafi@lchb.com

11                                    Richard C. Haber (admitted *pro hac vice*)
                                      Laura L. Volpini (admitted *pro hac vice*)
12                                    HABER POLK KABAT, LLP
                                      737 Bolivar Road, Suite 4400
13                                    Cleveland, Ohio 44115
                                      Telephone:  (216) 241-0700
14                                    Facsimile:   (216) 241-0739
                                      E-Mail: rhaber@haberpolk.com
15                                    E-Mail: lvolpini@haberpolk.com

16                                    *Attorneys for Plaintiffs and Class Members*

17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
850658.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 08-CV-2670 CW

| | | |
|---|---|---|
| 1 | Dated:  December 9, 2009 | By: */s/ Joan B. Tucker Fife* _____ |
| | | Joan B. Tucker Fife |

Joan B. Tucker Fife (SBN 144572)
Seema R. Patel (SBN 259773)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
E-Mail: jfife@winston.com
E-Mail: spatel@winston.com

Evan R. Moses (SBN 198099)
Audrey Shen Chui (SBN 254510)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email: evmoses@winston.com
Email: achui@winston.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: December __9__, 2009      _____
                                  Hon. Claudia Wilken
                                  United States District Judge