UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEWIS, ET AL, | Case No. C08-02670 CW (JCS) |
| Plaintiff(s), | |
| v. | **ORDER FOR IN CAMERA SUBMISSIONS** |
| WELLS FARGO & CO., | |
| Defendant(s). | |

On January 21, 2010, the parties filed a Joint Letter regarding Plaintiffs request for production of documents related to the decision to classify class members exempt or nonexempt.

IT IS HEREBY ORDERED THAT Defendant shall submit the following twelve (12) documents for in camera review: the six (6) documents that Plaintiff suggests in the Joint Letter, and six (6) additional documents to be selected by Defendant. Defendant shall submit a declaration identifying the positions of all the authors and recipients of each document.

IT IS SO ORDERED.

Dated: February 2, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge