Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>　　　　　　　Plaintiffs<br><br>　vs.<br><br>WELLS FARGO & CO.,<br><br>　　　　　　　Defendant. | **Case No.: CV-08-2670-CW**<br><br>**ORDER DENYING UNOPPOSED MOTION EXCEED PAGE LIMITS FOR DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' REPLY BRIEF** |

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS**
**CASE NO.  08-2670 CW**

Having considered Defendant Wells Fargo Bank, N.A.'s Unopposed Motion to Exceed Page Limits for Defendant's Opposition to Motion for Class Certification and Plaintiffs' Reply Brief, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT: the motion is denied.

IT IS SO ORDERED.

Date: 3/17/10

BY THE COURT:

_____
Honorable Claudia Wilken
United States District Court Judge