UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEWIS, ET AL, | Case No.  C08-02670 CW (JCS) |
| Plaintiff(s), | **ORDER GRANTING IN PART, DENYING IN PART JOINT LETTER BRIEF RE: PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF PERSONNEL FILES [Docket No. 242]** |
| v. | |
| WELLS FARGO & CO., | |
| Defendant(s). | |
| _____/ | |

On March 7, 2010, the parties filed a Joint Letter Brief re: Plaintiffs Motion to Compel Production of Personnel Files (the "Motion").

On March 16, 2010, a hearing was held on the Motion.  Jahan Sagafi, counsel for Plaintiffs, appeared.  Katie Acevedo, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that:

1.  On or before the close of business on March 19, 2009, Defendant shall produce all documents from the personnel files of the members of the putative class, whose declarations have been filed or relied on by Defendant in connection with the class certification motion, which

    a.   refer to job duties, or

    b.   refer to job classification.

2.  The documents listed in paragraph one shall be limited to those generated or dated during the period May, 2002 to the present.  The documents may be marked with an appropriate level of confidentiality under the protective order in this case.

United States District Court

For the Northern District of California

United States District Court

For the Northern District of California

1

IT IS SO ORDERED.

2

3

Dated:  March 17, 2010

4

5

_____

JOSEPH C. SPERO

6

United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28