1  *[Counsel for Parties listed on signature pages]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated, | Case No. 08-cv-2670 CW |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING DEADLINE FOR MEDIATION** |
| v. | |
| WELLS FARGO & CO., | |
| Defendant. | |

1  WHEREAS, the Court's December 18, 2009 Minute Order and Case Management Order
2  (Docket No. 194) directed the parties to hold an ADR session by April 1, 2010 "(or as soon
3  thereafter as is convenient to the mediator's schedule);"

4  WHEREAS, the parties agreed to hold a mediation session with mediator Jeffrey Ross;

5  WHEREAS, there were no dates in February or March on which the parties and Mr. Ross
6  were available;

7  WHEREAS, the Court has scheduled a hearing on Plaintiffs' Motion for Class
8  Certification (the "Motion") for April 22, 2010;

9  WHEREAS, the parties believe that the Court's ruling on the Motion will meaningfully
10 assist their mediation efforts;

11 The parties hereby stipulate and agree that the deadline for mediation be continued to 30
12 days after the Court rules on the Motion (or as soon thereafter as is convenient to the mediator's
13 schedule).

14 Dated:  April 7, 2010                                By: */s/ Jahan C. Sagafi*
                                                            Jahan C. Sagafi

16                                                      Kelly M. Dermody (Cal. Bar No. 171716)
                                                        Jahan C. Sagafi (Cal. Bar No. 224887)
17                                                      LIEFF, CABRASER, HEIMANN &
                                                          BERNSTEIN, LLP
18                                                      275 Battery Street, 29th Floor
                                                        San Francisco, CA 94111-3339
                                                        Telephone:  (415) 956-1000
19                                                      Facsimile:   (415) 956-1008
                                                        E-Mail: kdermody@lchb.com
20                                                      E-Mail: jsagafi@lchb.com

21                                                      Richard C. Haber (admitted *pro hac vice*)
                                                        Laura L. Volpini (admitted *pro hac vice*)
22                                                      HABER POLK KABAT, LLP
                                                        737 Bolivar Road, Suite 4400
23                                                      Cleveland, Ohio 44115
                                                        Telephone:  (216) 241-0700
24                                                      Facsimile:   (216) 241-0739
                                                        E-Mail: rhaber@haberpolk.com
25                                                      E-Mail: lvolpini@haberpolk.com

26                                                      *Attorneys for Plaintiffs and Class Members*

27
28

864385.1                         - 1 -                  STIPULATION AND [PROPOSED] ORDER
                                                        CONTINUING DEADLINE FOR MEDIATION
                                                        CASE NO. 08-CV-2670 CW

| | | |
|---|---|---|
| 1 | Dated: April 7, 2010 | By: */s/ Evan R. Moses* _____ |
| | | Evan R. Moses |
| 2 | | |
| | | Joan B. Tucker Fife (SBN 144572) |
| 3 | | WINSTON & STRAWN LLP |
| | | 101 California Street |
| 4 | | San Francisco, California 94111 |
| | | Telephone:  (415) 591-1000 |
| 5 | | Facsimile:  (415) 591-1400 |
| | | E-Mail: jfife@winston.com |
| 6 | | E-Mail: spatel@winston.com |
| 7 | | Evan R. Moses (SBN 198099) |
| | | Audrey Shen Chui (SBN 254510) |
| 8 | | WINSTON & STRAWN LLP |
| | | 333 S. Grand Avenue, Suite 3800 |
| 9 | | Los Angeles, CA 90071-1543 |
| | | Telephone:  (213) 615-1700 |
| 10 | | Facsimile:  (213) 615-1750 |
| | | Email: evmoses@winston.com |
| 11 | | Email: achui@winston.com |
| 12 | | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

864385.1

- 2 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE FOR MEDIATION
CASE NO. 08-CV-2670 CW

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated:  April 9, 2010

_____
Hon. Claudia Wilken
United States District Judge