JOAN B. TUCKER FIFE (SBN: 144572)
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400

EVAN R. MOSES (SBN: 198099)
Email: evmoses@winston.com
AUDREY SHEN CHUI (SBN: 254510)
Email: achui@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued as Wells Fargo & Co.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>WELLS FARGO & CO.,<br><br>Defendant. | **Case No.: CV-08-2670-CW**<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
**CASE NO. 08-2670 CW**

Having considered: (a) Plaintiffs' Administrative Motion to File Under Seal; (b) the Declaration of Jahan C. Sagafi in support of Plaintiffs' Administrative Motion to File Under Seal; and (c) the Declaration of Joan B. Tucker Fife in Support of Plaintiffs' Administrative Motion to File Under Seal, the Court rules as follows:

IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion is GRANTED and:

1. Exhibits C, D, E, and F-M attached to the Declaration of Jahan C. Sagafi in support of Plaintiffs' Motion for Class Certification shall be filed under seal; and

2. Plaintiffs' Unredacted Memorandum of Points and Authorities in Support of Motion for Class Certification shall be filed under seal.

IT IS SO ORDERED.

Date:   May 3, 2010

_____
The Honorable Claudia Wilken
United States District Court Judge