JOAN B. TUCKER FIFE (SBN: 144572)
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

EVAN R. MOSES (SBN: 198099)
Email: evmoses@winston.com
AUDREY SHEN CHUI (SBN: 254510)
Email: achui@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued as Wells Fargo & Co.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>             Plaintiffs<br><br>     vs.<br><br>WELLS FARGO & CO.,<br><br>             Defendant. | **Case No.: CV-08-2670-CW**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Having considered: (a) Defendant's Administrative Motion to File Under Seal; and (b) the Declaration of Joan B. Tucker Fife in Support of Defendant's Administrative Motion to File Documents Under Seal, the Court rules as follows:

IT IS HEREBY ORDERED that Defendant's Administrative Motion is GRANTED and:

1. The First Declaration of Noreen Dougherty in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification and Exhibits A to R attached thereto shall be filed under seal; and

2. Portions of the Second Compendium of Declarations in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification that reveal the names and salary information of the declarants shall be filed under seal.

IT IS SO ORDERED.

Date:  _May 4_____, 2010          _____
                                       The Honorable Claudia Wilken
                                       United States District Court Judge

1
**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 08-2670 CW**