1  *[Counsel for Parties listed on signature pages]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>Defendant. | Case No.  08-cv-2670 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING<br>DEADLINES SET FORTH IN<br>DECEMBER 18, 2009 CASE<br>MANAGEMENT ORDER** |

1      WHEREAS, the Court entered a Case Management Order on December 18, 2009, setting

2  forth certain dates for discovery, dispositive motions, and trial;

3      WHEREAS, on April 22, 2010, the Court heard argument from the parties on Plaintiffs'

4  Motion for Class Certification;

5      WHEREAS, the Court has not yet ruled on Plaintiffs' Motion for Class Certification;

6      WHEREAS, the earliest future date in that Order is the deadline for completion of fact

7  discovery and disclosure of expert witnesses, scheduled for August 27, 2010;

8      WHEREAS, the parties have agreed to participate in a mediation;

9      WHEREAS, the parties and their preferred mediator, Mr. Jeffrey A. Ross, are next

10 available for mediation in late October;

11     The parties hereby stipulate and agree that:

12  1. All discovery deadlines are hereby stayed while the parties engage in mediation;

13  2. Plaintiffs' pending Motion for Class Certification is hereby stayed while the parties

14     engage in mediation.

15  3. The parties shall jointly report to the Court by November 12, 2010, either that (1) they

16     have reached a resolution or (2) they request a new case management order setting

17     forth new deadlines to supersede those set forth in the December 18, 2009 Case

18     Management Order, and that the Court issue its ruling on Plaintiffs' Motion for Class

19     Certification.

20  Dated: July 20, 2010              By: */s/ Jahan C. Sagafi*_____
                                          Jahan C. Sagafi
21
                                      Kelly M. Dermody (Cal. Bar No. 171716)
22                                    Jahan C. Sagafi (Cal. Bar No. 224887)
                                      LIEFF, CABRASER, HEIMANN &
23                                      BERNSTEIN, LLP
                                      275 Battery Street, 29th Floor
24                                    San Francisco, CA 94111-3339
                                      Telephone: (415) 956-1000
25                                    Facsimile: (415) 956-1008
                                      E-Mail: kdermody@lchb.com
26                                    E-Mail: jsagafi@lchb.com

27

28

| | |
|---|---|
| | Richard C. Haber (admitted *pro hac vice*) |
| | Laura L. Volpini (admitted *pro hac vice*) |
| | HABER POLK KABAT, LLP |
| | 737 Bolivar Road, Suite 4400 |
| | Cleveland, Ohio 44115 |
| | Telephone:  (216) 241-0700 |
| | Facsimile:   (216) 241-0739 |
| | E-Mail: rhaber@haberpolk.com |
| | E-Mail: lvolpini@haberpolk.com |
| | |
| | *Attorneys for Plaintiffs and Class Members* |
| Dated:  July 20, 2010 | By: */s/ Joan B. Tucker Fife*_____ |
| | Joan B. Tucker Fife |
| | |
| | Joan B. Tucker Fife (SBN 144572) |
| | WINSTON & STRAWN LLP |
| | 101 California Street |
| | San Francisco, California 94111 |
| | Telephone:  (415) 591-1000 |
| | Facsimile:  (415) 591-1400 |
| | E-Mail: jfife@winston.com |
| | E-Mail: spatel@winston.com |
| | |
| | Evan R. Moses (SBN 198099) |
| | Audrey Shen Chui (SBN 254510) |
| | WINSTON & STRAWN LLP |
| | 333 S. Grand Avenue, Suite 3800 |
| | Los Angeles, CA 90071-1543 |
| | Telephone:  (213) 615-1700 |
| | Facsimile:  (213) 615-1750 |
| | Email: evmoses@winston.com |
| | Email: achui@winston.com |
| | |
| | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

- 3 -

## **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: July 22, 2010

_____
Hon. Claudia Wilken
United States District Judge