1   *[Counsel for Parties listed on signature pages]*

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                        OAKLAND DIVISION

10

11   MARTIN LEWIS, AARON COOPER, and          Case No.  08-cv-2670 CW
     ANISSA SCHILLING, on behalf of themselves
12   and a class of those similarly situated,

13              Plaintiffs,                    **JOINT REPORT, STIPULATION
                                               AND do okORDER CONTINUING
14        v.                                   DEADLINES SET FORTH IN
                                               DECEMBER 18, 2009 <u>CASE
15   WELLS FARGO & CO.,                        MANAGEMENT ORDER</u>**

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REPORT, STIP. AND [~~PROPOSED~~] ORDER
                                          CONTINUING DEADLINES IN DEC. 18, 2009 CMO
                                          CASE NO. 08-CV-2670 CW

1    WHEREAS, the Court entered a Case Management Order on December 18, 2009, setting

2 forth certain dates for discovery, dispositive motions, and trial;

3    WHEREAS, on April 22, 2010, the Court heard argument from the parties on Plaintiffs'

4 Motion for Class Certification;

5    WHEREAS, the Court has not yet ruled on Plaintiffs' Motion for Class Certification;

6    WHEREAS, on July 22, 2010, upon Stipulation of the Parties, the Court stayed all

7 discovery deadlines and the pending Motion for Class Certification while the parties engaged in

8 mediation;

9    WHEREAS, on November 8, 2010, the Parties participated in mediation with Mr. Jeffrey

10 A. Ross. While the mediation did not result in a settlement on that day, the Parties are continuing

11 to work with Mr. Ross towards a resolution.

12    The parties hereby stipulate and agree that:

13    1.  All discovery deadlines are hereby stayed while the Parties continue their efforts with

14        Mr. Ross.

15    2.  Plaintiffs' pending Motion for Class Certification is hereby stayed while the parties

16        continue their efforts with Mr. Ross.

17    3.  The parties shall jointly report to the Court by December 10, 2010, either that (1) they

18        have reached a resolution or (2) they request a new case management order setting

19        forth new deadlines to supersede those set forth in the December 18, 2009 Case

20        Management Order, and that the Court issue its ruling on Plaintiffs' Motion for Class

21        Certification.

22

23

24

25

26

27

28

JOINT REPORT, STIP. AND [PROPOSED] ORDER
CONTINUING DEADLINES IN DEC. 18, 2009 CMO
CASE NO. 08-CV-2670 CW

1    Dated:  November 12, 2010              By: */s/ Jahan C. Sagafi*_____
                                                 Jahan C. Sagafi
2
                                            Kelly M. Dermody (Cal. Bar No. 171716)
3                                           Jahan C. Sagafi (Cal. Bar No. 224887)
                                            LIEFF, CABRASER, HEIMANN &
4                                              BERNSTEIN, LLP
                                            275 Battery Street, 29th Floor
5                                           San Francisco, CA 94111-3339
                                            Telephone:  (415) 956-1000
6                                           Facsimile:   (415) 956-1008
                                            E-Mail: kdermody@lchb.com
7                                           E-Mail: jsagafi@lchb.com

8                                           Richard C. Haber (admitted *pro hac vice*)
                                            Laura L. Volpini (admitted *pro hac vice*)
9                                           HABER POLK KABAT, LLP
                                            737 Bolivar Road, Suite 4400
10                                          Cleveland, Ohio 44115
                                            Telephone:  (216) 241-0700
11                                          Facsimile:   (216) 241-0739
                                            E-Mail: rhaber@haberpolk.com
12                                          E-Mail: lvolpini@haberpolk.com

13                                          *Attorneys for Plaintiffs and Class Members*

14   Dated:  November 12, 2010              By: */s/ Joan B. Tucker Fife*_____
                                                 Joan B. Tucker Fife
15
                                            Joan B. Tucker Fife (SBN 144572)
16                                          WINSTON & STRAWN LLP
                                            101 California Street
17                                          San Francisco, California 94111
                                            Telephone:  (415) 591-1000
18                                          Facsimile:  (415) 591-1400
                                            E-Mail: jfife@winston.com
19                                          E-Mail: spatel@winston.com

20                                          Evan R. Moses (SBN 198099)
                                            Audrey Shen Chui (SBN 254510)
21                                          WINSTON & STRAWN LLP
                                            333 S. Grand Avenue, Suite 3800
22                                          Los Angeles, CA 90071-1543
                                            Telephone:  (213) 615-1700
23                                          Facsimile: (213) 615-1750
                                            Email: evmoses@winston.com
24                                          Email: achui@winston.com

25                                          *Attorneys for Defendant Wells Fargo Bank, N.A.*

26

27

28

884650.1                          - 2 -          JOINT REPORT, STIP. AND [PROPOSED] ORDER
                                                 CONTINUING DEADLINES IN DEC. 18, 2009 CMO
                                                 CASE NO. 08-CV-2670 CW

1

2                                    **<u>ORDER</u>**

3          The foregoing stipulation is approved, and IT IS SO ORDERED.

4
   Dated:  November  17, 2010
5                                               Hon. Claudia Wilken
                                                United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REPORT, STIP. AND [PROPOSED] ORDER
CONTINUING DEADLINES IN DEC. 18, 2009 CMO
CASE NO. 08-CV-2670 CW