*[Counsel for Parties listed on signature pages]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>Defendant. | Case No.  08-cv-2670 CW<br><br>**JOINT REPORT, STIPULATION AND ORDER CONTINUING DEADLINES SET FORTH IN DECEMBER 18, 2009 <u>CASE MANAGEMENT ORDER</u>** |

1  WHEREAS, the Court entered a Case Management Order on December 18, 2009, setting
2  forth certain dates for discovery, dispositive motions, and trial;

3  WHEREAS, on April 22, 2010, the Court heard argument from the parties on Plaintiffs'
4  Motion for Class Certification;

5  WHEREAS, the Court has not yet ruled on Plaintiffs' Motion for Class Certification;

6  WHEREAS, on July 22, 2010, upon Stipulation of the Parties, the Court stayed all
7  discovery deadlines and the pending Motion for Class Certification while the parties engaged in
8  mediation;

9  WHEREAS, on November 8, 2010, the Parties participated in mediation with Mr. Jeffrey
10 A. Ross.  While the mediation did not result in a settlement on that day, the Parties are continuing
11 to work with Mr. Ross towards a resolution.

12 WHEREAS, on November 17, 2010, the Court approved the Parties' stipulation to
13 continue to stay discovery and the Motion for Certification and to jointly report to the Court by
14 December 10, 2010 as to whether the case has been resolved;

15 WHEREAS, the Parties are continuing to work together and with Mr. Ross towards as a
16 resolution.

17 The parties hereby stipulate and agree that:

18 1. All discovery deadlines are hereby stayed while the Parties continue their efforts with
19    Mr. Ross.

20 2. Plaintiffs' pending Motion for Class Certification is hereby stayed while the parties
21    continue their efforts with Mr. Ross.

22 3. The parties shall jointly report to the Court by January 14, 2011, either that (1) they
23    have reached a resolution or (2) they request a new case management order setting
24    forth new deadlines to supersede those set forth in the December 18, 2009 Case
25    Management Order, and that the Court issue its ruling on Plaintiffs' Motion for Class
26    Certification.

27
28

904530.1                                    - 1 -                    JOINT REPORT, STIP. AND [PROPOSED] ORDER
                                                                     CONTINUING DEADLINES IN DEC. 18, 2009 CMO
                                                                     CASE NO. 08-CV-2670 CW

| | | |
|---|---|---|
| 1 | Dated:  December 10, 2010 | By: */s/ Jahan C. Sagafi*_____ |
| 2 | | Jahan C. Sagafi |

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (admitted *pro hac vice*)
Laura L. Volpini (admitted *pro hac vice*)
HABER POLK KABAT, LLP
737 Bolivar Road, Suite 4400
Cleveland, Ohio 44115
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiffs and Class Members*

Dated:  December 10, 2010      By: */s/ Joan B. Tucker Fife*_____
                                                    Joan B. Tucker Fife

Joan B. Tucker Fife (SBN 144572)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
E-Mail: jfife@winston.com
E-Mail: spatel@winston.com

Evan R. Moses (SBN 198099)
Audrey Shen Chui (SBN 254510)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email: evmoses@winston.com
Email: achui@winston.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

1
2
## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

3
4
Dated:  December  15, 2010

_____
Hon. Claudia Wilken
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

904530.1 — - 3 - — JOINT REPORT, STIP. AND [PROPOSED] ORDER CONTINUING DEADLINES IN DEC. 18, 2009 CMO
CASE NO. 08-CV-2670 CW