*[Counsel for Parties listed on signature pages]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & CO.,<br><br>        Defendant. | Case No. 08-cv-2670 CW<br><br>**JOINT REPORT, STIPULATION AND ORDER CONTINUING DEADLINES SET FORTH IN DECEMBER 18, 2009 <u>CASE MANAGEMENT ORDER</u>** |

1    WHEREAS, the Court entered a Case Management Order on December 18, 2009, setting forth certain dates for discovery, dispositive motions, and trial;

WHEREAS, on April 22, 2010, the Court heard argument from the parties on Plaintiffs' Motion for Class Certification;

WHEREAS, the Court has not yet ruled on Plaintiffs' Motion for Class Certification;

WHEREAS, on July 22, 2010, upon Stipulation of the Parties, the Court stayed all discovery deadlines and the pending Motion for Class Certification while the parties engaged in mediation;

WHEREAS, on November 8, 2010, the Parties participated in mediation with Mr. Jeffrey A. Ross. While the mediation did not result in a settlement on that day, the Parties continued to work with Mr. Ross towards a resolution;

WHEREAS, on December 15, 2010, the Court approved the Parties' stipulation to continue to stay discovery and the Motion for Certification and to jointly report to the Court by January 14, 2011 as to whether the case has been resolved; and

WHEREAS, on January 10, 2011, the Parties reached a resolution under Mr. Ross's supervision.

The Parties hereby stipulate and agree that:

1. All discovery deadlines are hereby stayed while the Parties prepare a final written settlement agreement, the motion for preliminary approval, and the motion for final approval.

2. Plaintiffs' pending Motion for Class Certification is hereby stayed while the Parties prepare a final written settlement agreement, the motion for preliminary approval, and the motion for final approval.

| | | |
|---|---|---|
| 1 | Dated:  January 14, 2011 | By: */s/ Jahan C. Sagafi*_____ |
| 2 | | Jahan C. Sagafi |

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (admitted *pro hac vice*)
Laura L. Volpini (admitted *pro hac vice*)
HABER POLK KABAT, LLP
737 Bolivar Road, Suite 4400
Cleveland, Ohio 44115
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiffs and Class Members*

Dated:  January 14, 2011                  By: */s/ Joan B. Tucker Fife*_____
                                               Joan B. Tucker Fife

Joan B. Tucker Fife (SBN 144572)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
E-Mail: jfife@winston.com

Audrey Shen Chui (SBN 254510)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email: achui@winston.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED. **The parties should file their motion for preliminary approval of settlement on or before Feb. 17, 2011.**

Dated: January 19, 2011

_____
Hon. Claudia Wilken
United States District Judge