*[Counsel for Parties listed on signature pages]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>WELLS FARGO & CO.,<br><br>   Defendant. | Case No. 08-cv-2670 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR SUBMISSION OF <u>SETTLEMENT AGREEMENT</u>** |

1  WHEREAS, on January 14, 2011, the parties informed the Court that they had reached a
2  settlement in principle after a mediation and further negotiations with Jeffrey A. Ross;
3  WHEREAS, on January 19, 2011, the Court ordered the parties to submit the settlement
4  for preliminary approval on or before February 17, 2011; and
5  WHEREAS, the parties are working to finalize the settlement agreement;
6  The parties hereby stipulate and agree that:
7  The parties shall file the settlement agreement by Friday, February 25, 2011.

Dated: February 17, 2011        By: */s/ Jahan C. Sagafi*
                                     Jahan C. Sagafi

                                Kelly M. Dermody (Cal. Bar No. 171716)
                                Jahan C. Sagafi (Cal. Bar No. 224887)
                                LIEFF, CABRASER, HEIMANN &
                                  BERNSTEIN, LLP
                                275 Battery Street, 29th Floor
                                San Francisco, CA 94111-3339
                                Telephone:  (415) 956-1000
                                Facsimile:   (415) 956-1008
                                E-Mail: kdermody@lchb.com
                                E-Mail: jsagafi@lchb.com

                                Richard C. Haber (admitted *pro hac vice*)
                                Laura L. Volpini (admitted *pro hac vice*)
                                HABER POLK KABAT, LLP
                                737 Bolivar Road, Suite 4400
                                Cleveland, Ohio 44115
                                Telephone:  (216) 241-0700
                                Facsimile:   (216) 241-0739
                                E-Mail: rhaber@haberpolk.com
                                E-Mail: lvolpini@haberpolk.com

                                *Attorneys for Plaintiffs and Class Members*

912219.1                            - 1 -                STIP. AND [PROPOSED] ORDER CONTINUING
                                                       DEADLINE FOR SUBMISSION OF SETTLEMENT
                                                                        CASE NO. 08-CV-2670 CW

| | | |
|---|---|---|
| 1 | Dated: February 17, 2011 | By: */s/ Joan B. Tucker Fife*_____ |
| 2 | | Joan B. Tucker Fife |

Joan B. Tucker Fife (SBN 144572)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-Mail: jfife@winston.com
E-Mail: spatel@winston.com

Audrey Shen Chui (SBN 254510)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: evmoses@winston.com
Email: achui@winston.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

912219.1

- 2 -

STIP. AND [PROPOSED] ORDER CONTINUING
DEADLINE FOR SUBMISSION OF SETTLEMENT
CASE NO. 08-CV-2670 CW

## **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: February ___, 2011

_____
The Honorable Claudia Wilken
United States District Judge