1  *[Counsel for Parties listed on signature pages]*

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                          OAKLAND DIVISION

10

11 | MARTIN LEWIS, AARON COOPER, and          | Case No. 08-cv-2670 CW
   | ANISSA SCHILLING, on behalf of themselves |
12 | and a class of those similarly situated,  |

13 |            Plaintiffs,                    | **STIPULATION AND ORDER
   |                                           | CONTINUING DEADLINE FOR
14 |     v.                                    | SUBMISSION OF <u>SETTLEMENT
   |                                           | AGREEMENT</u>**
15 | WELLS FARGO & CO.,                        |

16 |            Defendant.                     |

17

18

19

20

21

22

23

24

25

26

27

28

912219.1

1  WHEREAS, on January 14, 2011, the parties informed the Court that they had reached a
2  settlement in principle after a mediation and further negotiations with Jeffrey A. Ross;
3  WHEREAS, on January 19, 2011, the Court ordered the parties to submit the settlement
4  for preliminary approval on or before February 17, 2011; and
5  WHEREAS, the parties are working to finalize the settlement agreement;
6  The parties hereby stipulate and agree that:
7  The parties shall file the settlement agreement by Friday, February 25, 2011.

Dated: February 17, 2011                    By: */s/ Jahan C. Sagafi*
                                                       Jahan C. Sagafi

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (admitted *pro hac vice*)
Laura L. Volpini (admitted *pro hac vice*)
HABER POLK KABAT, LLP
737 Bolivar Road, Suite 4400
Cleveland, Ohio 44115
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiffs and Class Members*

| | | |
|---|---|---|
| 1 | Dated: February 17, 2011 | By: */s/ Joan B. Tucker Fife*_____ |
| 2 | | Joan B. Tucker Fife |

Joan B. Tucker Fife (SBN 144572)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-Mail: jfife@winston.com
E-Mail: spatel@winston.com

Audrey Shen Chui (SBN 254510)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: evmoses@winston.com
Email: achui@winston.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED. In view of the pending settlement, all motions pending in the case are denied without prejudice.

Dated: February 18, 2011

_____
The Honorable Claudia Wilken
United States District Judge