1  *[Counsel for Parties listed on signature pages]*

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9                  OAKLAND DIVISION

10

11 | MARTIN LEWIS, AARON COOPER, and            Case No.  08-cv-2670 CW
   | ANISSA SCHILLING, on behalf of themselves
12 | and a class of those similarly situated,

13 |         Plaintiffs,                        **STIPULATION AND ORDER
   |                                            CHANGING SETTLEMENT
14 |   v.                                       APPROVAL HEARING DATE**

15 | WELLS FARGO & CO.,

16 |         Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

914073.1                                       STIP. AND [~~PROPOSED~~] ORDER CHANGING
                                               SETTLEMENT APPROVAL HEARING DATE
                                               CASE NO. 08-CV-2670 CW

1  WHEREAS, on February 25, 2011, Plaintiffs filed their Unopposed Motion For Approval Of FLSA Collective Action Settlement ("FLSA Settlement Motion");

WHEREAS, the proposed settlement settles FLSA and state-law claims only of the individuals who opted into the litigation, and not of any absent class members of any proposed Fed. R. Civ. P. 23 class;

WHEREAS, Defendant Wells Fargo intends to file a notice of nonopposition to the settlement on March 17, 2011;

WHEREAS, the parties are unavailable on the originally scheduled hearing date of April 7, 2011;

WHEREAS, the parties are available on Thursday, April 28, 2011, at 3:00 p.m.

The parties hereby stipulate and agree that:

The hearing on Plaintiffs' FLSA Settlement Motion shall be moved from April 7, 2011 at 2:00 p.m. to Thursday, April 28, 2011, to be calendared for 2:00 p.m., with the understanding that the Court will call the case at 3:00 p.m. or later.

Dated: March 16, 2011                By: */s/ Jahan C. Sagafi*
                                         Jahan C. Sagafi

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (admitted *pro hac vice*)
Laura L. Volpini (admitted *pro hac vice*)
HABER POLK KABAT, LLP
737 Bolivar Road, Suite 4400
Cleveland, Ohio 44115
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Plaintiffs and Class Members*

914073.1                                     - 1 -                STIP. AND [PROPOSED] ORDER CHANGING
                                                                  SETTLEMENT APPROVAL HEARING DATE
                                                                  CASE NO. 08-CV-2670 CW

| | | |
|---|---|---|
| 1 | Dated: March 16, 2011 | By: */s/ Joan B. Tucker Fife*_____<br>     Joan B. Tucker Fife |
| 2 | | |
| 3 | | Joan B. Tucker Fife (SBN 144572)<br>WINSTON & STRAWN LLP |
| 4 | | 101 California Street<br>San Francisco, California 94111 |
| 5 | | Telephone:  (415) 591-1000<br>Facsimile:  (415) 591-1400 |
| 6 | | E-Mail: jfife@winston.com<br>E-Mail: spatel@winston.com |
| 7 | | Audrey Shen Chui (SBN 254510)<br>WINSTON & STRAWN LLP |
| 8 | | 333 S. Grand Avenue, Suite 3800<br>Los Angeles, CA 90071-1543 |
| 9 | | Telephone:  (213) 615-1700<br>Facsimile:  (213) 615-1750 |
| 10 | | Email: evmoses@winston.com<br>Email: achui@winston.com |
| 11 | | |
| 12 | | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

914073.1 — - 2 - — STIP. AND [~~PROPOSED~~] ORDER CHANGING SETTLEMENT APPROVAL HEARING DATE
CASE NO. 08-CV-2670 CW

## **ORDER**

Pursuant to the foregoing stipulation is approved, the motion on Plaintiffs' FLSA Settlement Motion, currently scheduled for Thursday, April 7, 2011, at 2:00 p.m., shall be reset for hearing on Thursday, April 28, 2011, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  March 17, 2011

_____
The Honorable Claudia Wilken
United States District Judge