JOAN B. TUCKER FIFE (SBN: 144572)
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400

JENNIFER RAPPOPORT (SBN: 210879)
Email: jrappoport@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued as Wells Fargo & Co.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>　　　　　　　Plaintiffs<br><br>vs.<br><br>WELLS FARGO & CO.,<br><br>　　　　　　　Defendant. | Case No.: CV-08-2670-CW<br><br>**The Honorable Claudia Wilken**<br><br>**NOTICE OF SETTLEMENT ADMINISTRATOR'S UNOPPOSED MOTION FOR AN ORDER DIRECTING NOTICE TO OVERPAID OPT-INS**<br><br>Date:　October 20, 2011<br>Time:　2:00 p.m.<br>Dept.:　2 |

## NOTICE OF MOTION

TO THE OPT-INS AND THEIR ATTORNEYS OF RECORD, THE SETTLEMENT ADMINISTRATOR, AND THE COURT:

PLEASE TAKE NOTICE THAT on October 20, 2011, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, California, 94612, the Honorable Claudia Wilken presiding, the Settlement Administrator of the settlement in this matter, Settlement Services, Inc., will and hereby does move the Court for an order directing notice be sent to overpaid opt-ins. This motion is unopposed.

This motion is based on this Notice of Motion, the accompanying Unopposed Motion for Order Directing Notice to Overpaid Opt-Ins, the records of the Court, and other evidence and argument that may be presented at or before the time of the hearing.

Dated: September 15, 2011.                WINSTON & STRAWN LLP


By: */s/ Jennifer Rappoport*
Jennifer Rappoport
Attorneys for Defendant
WELLS FARGO BANK, N.A.

- 1 -
**NOTICE OF UNOPPOSED MOTION FOR ORDER DIRECTING NOTICE TO OVERPAID OPT-INS – CASE NO. 08-2670 CW**