UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.,<br><br>    Defendant. | CASE NO. 08-cv-2670 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR CONSIDERATION AND RULING ON SETTLEMENT ADMINISTRATOR'S UNOPPOSED MOTION FOR ORDER DIRECTING NOTICE TO OVERPAID OPT-INS |

WHEREAS, the Settlement Administrator is concurrently filing an Unopposed Motion for Order Directing Overpaid Opt-Ins to Return Overpayment to the Settlement Fund ("Unopposed Motion for Order") which seeks an Order directing notice be sent to Opt-Ins who were overpaid due to the Settlement Administrator's error in misinterpreting of one of the multipliers set forth in the Settlement Agreement to be used to calculate Opt-In awards, and requesting the overpaid Opt-Ins return their overpayment to the Qualified Settlement Fund;

WHEREAS, Counsel for Defendant and Plaintiffs' Counsel do not oppose the relief sought in the Unopposed Motion for Order;

WHEREAS, should the Court hold a hearing on regular notice, the next available hearing date is October 20, 2011;

WHEREAS, the parties agree that it would further the proper and efficient administration of justice in this case for an Order on the Settlement Administrator's Unopposed Motion for Order to be entered as soon as is practicable;

-1-
STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR REVIEW AND DECISION
CASE NO. 08-CV-2670 CW

WHEREAS, the parties further agree that, subject to the Court's approval, the Unopposed Motion for Order may be decided on the papers without hearing;

WHEREAS, payment to the underpaid Opt-Ins will be made after the hearing on this motion, if the time for hearing on the motion is shortened, and/or the Court rules without hearing, the underpaid Opt-Ins will receive the additional monies to which they are entitled earlier than if the matter is heard on regular notice;

NOW THEREFORE, IT IS HEREBY STIPULTED by the undersigned counsel on behalf of the parties identified below, and subject to the Court's approval, that they agree that the Unopposed Motion for Order may be decided on the papers without hearing.

Dated: September 15, 2011  By: /s/ *Jennifer Rappoport*
Jennifer Rappoport
WINSTON & STRAWN LLP
*Counsel for Defendant Wells Fargo*

By: /s/ *Jahan Sagafi*
Jahan Sagafi
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
*Counsel for Plaintiffs*

By: /s/ *Thomas A. Warren*
Thomas A. Warren
SETTLEMENT SERVICES, INC.
*Settlement Administrator*

I, Jennifer Rappoport, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *Jennifer Rappoport*
Jennifer Rappoport

1 | 2  The Settlement Administrator's Unopposed Motion for Order shall be decided on the papers without a hearing.

**IT IS SO ORDERED.**

Dated: _____September 16_, 2011        _____
The Honorable Claudia Wilken
United States District Judge
Northern District of California

STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR REVIEW AND DECISION
CASE NO. 08-CV-2670 CW
LA:299770.1