IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEWIS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & CO.,<br><br>    Defendant.<br>_____/ | No. 08-02670 CW<br><br>ORDER REGARDING SETTLEMENT ADMINISTRATOR'S SEPTEMBER 15, 2011 FILING |

    On September 16, 2011, the Court issued an order directing notice to opt-in plaintiffs in this collective action who were overpaid settlement amounts.  Docket No. 329.  The notice requested that the overpaid opt-in plaintiffs return the overpaid amounts to the settlement fund.  On December 1, 2011, Thomas A. Warren, President of Settlement Services, Inc. (SSI), the settlement administrator, submitted a letter to the Court seeking an order approving SSI's further contact with overpaid opt-in plaintiffs who have not returned their overpayments.  The settlement administrator's letter and attached documents were not filed on the electronic docket, but are attached as Exhibit A to this order.  Counsel for the parties shall each file their response to the request, in a brief not to exceed five pages,  within four days.

    IT IS SO ORDERED.


Dated: 12/6/2011

                                        CLAUDIA WILKEN
                                        United States District Judge