IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEWIS, et al., | No. 08-02670 CW |
| Plaintiffs, | ORDER DISAPPROVING FURTHER CONTACT WITH OVERPAID OPT-INS |
| v. | |
| WELLS FARGO & CO., | |
| Defendant. | |

By letter, dated December 1, 2011, the Settlement Administrator in this case, Settlement Services, Inc. (SSI) requested that this Court issue an order allowing SSI to sent a letter to the forty-five Opt-Ins who have not yet responded to the letter and order previously sent to them by repaying their overpayment or by contracting SSI to set up a payment plan; and to take any other reasonable and appropriate steps to contact any such Opt-Ins who have not returned their overpayments to discuss such matters with them.

Having considered such request and the parties' responses, the Court now enters this Order and FINDS, CONCLUDES, and ORDERS as follows:

1. This Court has continuing jurisdiction over this matter for purposes of resolving issues related to administration and effectuation of the Settlement. Final Approval Order at XII (Docket No. 315); Order Directing Notice to Overpaid Opt-Ins at ¶ 1

(Docket No. 329).

    2. The Settlement Administrator's request that it be allowed again to contact via mail or via other reasonable methods any Opt-Ins who have not yet returned their overpayment is DENIED.

    IT IS SO ORDERED.

Dated: 12/14/2011

CLAUDIA WILKEN
United States District Judge